SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Jasmine L. Anderson, Bar No. 252973
janderson@shawvalenza.com
980 Ninth Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 326-5150
Facsimile:  (916) 497-0708

Attorneys for Defendant
BANNER HEALTH

THYBERGLAW
Gregory A. Thyberg, Bar No. 102132
greg@thyberglaw.com
Peter G. Thyberg, Bar No. 278271
peter@thyberglaw.com
8789 Auburn Folsom Road, Suite C337
Granite Bay, California 95746
Telephone:  (916) 204-9173
Facsimile:  (916) 932-2907

Attorneys for Plaintiff
VANESSA THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA THOMAS,<br><br>           Plaintiff,<br><br>v.<br><br>BANNER HEALTH, a corporation, and DOES 1-100, inclusive,<br><br>           Defendants. | Case No.  2:12-cv-02667 JAM-CKD<br><br>**STIPULATION TO CONTINUE DATE TO SUBMIT JOINT STATUS REPORT; ORDER**<br><br>District Judge John A. Mendez |

Pursuant to L.R. 143, Defendant BANNER HEALTH ("Defendant") and Plaintiff VANESSA THOMAS ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to this request for an order continuing the date to submit the Joint Status Report for this matter:

1. The current date to submit the Joint Status Report in this matter is December 21, 2012.

2. The parties are currently engaged in settlement negotiations and hope to resolve this matter in the next few weeks.

3. The parties consent to continuing the due date for submitting the Joint Status Report.

4. The parties have not previously sought any other continuances or stipulations in this matter.

5. Accordingly, the parties agree that the interests of justice will be best served by a brief continuance of the date to submit the Joint Status Report. The parties hereby stipulate to submit the Joint Status Report no later than January 21, 2013, or as soon thereafter as is compatible with the Court's calendar.

SO STIPULATED:

Dated: December 18, 2012    SHAW VALENZA LLP

By: /s/ D. Gregory Valenza
D. Gregory Valenza
Attorneys for Defendant
BANNER HEALTH

Dated: December 18, 2012    THYBERG LAW

By: /s/Gregory A. Thyberg
Gregory A. Thyberg, Esq.
Peter G. Thyberg, Esq.
Attorneys for Plaintiff
VANESSA THOMAS

**IT IS SO ORDERED.**

DATED: 12/19/2012    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

262197.1.00400.005