SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Jasmine L. Anderson, Bar No. 252973
janderson@shawvalenza.com
980 Ninth Street, Suite 2300
Sacramento, California  95814
Telephone:     (916) 326-5150
Facsimile:      (916) 497-0708

Attorneys for Defendant
BANNER HEALTH

THYBERGLAW
Gregory A. Thyberg, Bar No. 102132
greg@thyberglaw.com
Peter G. Thyberg, Bar No. 278271
peter@thyberglaw.com
8789 Auburn Folsom Road, Suite C337
Granite Bay, California 95746
Telephone:     (916) 204-9173
Facsimile:      (916) 932-2907

Attorneys for Plaintiff
VANESSA THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA THOMAS, <br><br>             Plaintiff, <br><br> v. <br><br> BANNER HEALTH, a corporation, and DOES 1-100, inclusive, <br><br>             Defendants. | Case No.  2:12-cv-02667 JAM-CKD <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE [FED R. CIV. P. 41(a)]; ORDER** <br><br> **District Judge John A. Mendez** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a).  Each party will bear her or its own costs and attorneys' fees.

SO STIPULATED:

1  Dated: February 22, 2013                SHAW VALENZA LLP

                                           By: /s/ D. Gregory Valenza
                                               D. Gregory Valenza
                                               Jasmine L. Anderson
                                               Attorneys for Defendant
                                               BANNER HEALTH

7  Dated: February 22, 2013                THYBERG LAW

                                           By: /s/Gregory A. Thyberg
                                               Gregory A. Thyberg, Esq.
                                               Peter G. Thyberg, Esq.
                                               Attorneys for Plaintiff
                                               VANESSA THOMAS

**IT IS SO ORDERED.**

DATED:  2/25/2013                          /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           United States District Court Judge

267957.1.00400.005